E-FILED
Monday, 28 November, 2005 04:43:19 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### AT PEORIA
### VIDEO WRIT

| CASE NAME:<br><br>David Bivens v Mesch, et al | CASE NO.<br><br>05-1359 | Beginning Date of Hearing:<br><br>12/5/05 | Type of Hearing:<br>Merit Review<br>Length of Hearing:<br>one hour |
|---|---|---|---|

**TO: THE WARDEN OF ILLINOIS RIVER CORRECTIONAL CENTER**

WE COMMAND that you make the following inmate available at a designated Department of Corrections video conference facility to appear in the above proceeding before the HONORABLE Harold A. Baker, UNITED STATES DISTRICT JUDGE sitting at Urbana, Illinois.

### PERSONS TO APPEAR BY VIDEO
### ORDER OF APPEARANCE

| NAME | ID. NO. | LOCATION | DATE TO APPEAR | Time to Appear |
|---|---|---|---|---|
| David Bivens | N94630 | Illinois River Correctional Center | 12/5/05 | 10:30 a.m. |
| Judge Harold A. Baker | | Urbana Federal Courthouse | 12/5/05 | 10:30 a.m. |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Dated: November 28, 2005

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY: ___s/T. Kelch_____
DEPUTY CLERK

CC: Video Clerk
Faxed to: Warden Western IL Correctional Center, Warden Illinois River Correctional Center, Urbana Clerk's Office

Format and wording approved by IDOC Legal Counsel 2/11/98