E-FILED
Monday, 28 November, 2005  04:45:15 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| David Bivens N-94630<br>Plaintiff | ) ) ) ) | **WRIT OF HABEAS CORPUS**<br>**AD TESTIFICANDUM** |
| vs | ) ) | |
| Michael P. Mesch, et al<br>Defendant | ) ) ) | **CASE NO. 05-1359** |

**TO: THE WARDEN of** Western Illinois Correctional Center at Mt. Sterling, Illinois.

    **WE COMMAND** that you produce the body of **David Bivens**, Register No. **N-94630**, in your custody at Western Illinois Correctional Center before the United States District Court via the video conference site at Illinois River Correctional Center, Canton, Illinois on **December 5, 2005 at 10:30 a.m. (NOTE: All inmates must arrive at the site at least one-half hour prior to the beginning of the hearing and should not be hand-cuffed during testimony)** and from time to time as he may be directed by the Court, in order that said prisoner may then and there respond to and answer such questions as may be asked him in the course of the hearing being conducted. At the termination of said hearing you may return him to the institution.

    **WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

    DATED: November 28, 2005

JOHN M. WATERS, CLERK

UNITED STATES DISTRICT COURT

BY: _____S/ T. Kelch_____

Deputy Clerk