



# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

TEL: 309.671.7117
FAX: 309.671.7120

**OFFICE OF THE CLERK**
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

November 29, 2005

          Re:  David Bivens, N94630
          Case No.  05-1359

Trust Fund Department
Pontiac Correctional Center
P O Box 99
Pontiac, IL  61764

The Clerk of the Court recently received a complaint and a petition to proceed in forma pauperis from the above named inmate.   In order for the Court to determine whether s/he is entitled to proceed in forma pauperis, the Court must review his/her trust fund ledgers for the six months immediately proceeding receipt of his/her complaint.   Therefore, the Clerk of the Court respectfully requests that you provide to the Court a copy of the above named inmate's trust fund ledgers for the period **from 5/17/05 through 11/17/05**, within fourteen days of the date of this letter.   Please mail the trust fund ledgers to:

    United States District Court
    Central District Of Illinois
    309 Federal Building
    100 N.E. Monroe
    Peoria, IL 61602

Please refer to the above referenced case number when submitting the trust fund ledgers.  Thank you.

          Sincerely,

          John M. Waters

          Clerk, U.S. District Court

cc: Inmate



# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS  
CLERK OF COURT

TEL: 309.671.7117  
FAX: 309.671.7120

**OFFICE OF THE CLERK**  
309 U.S. COURTHOUSE  
100 N.E. MONROE STREET  
PEORIA, ILLINOIS 61602

November 29, 2005

Re: David Bivens, N94630  
Case No. 05-1359

Trust Fund Department  
Pontiac Correctional Center  
P O Box 99  
Pontiac, IL 61764

The Clerk of the Court recently received a complaint and a petition to proceed in forma pauperis from the above named inmate. In order for the Court to determine whether s/he is entitled to proceed in forma pauperis, the Court must review his/her trust fund ledgers for the six months immediately proceeding receipt of his/her complaint. Therefore, the Clerk of the Court respectfully requests that you provide to the Court a copy of the above named inmate's trust fund ledgers for the period **from 5/17/05 through 11/17/05**, within fourteen days of the date of this letter. Please mail the trust fund ledgers to:

United States District Court  
Central District Of Illinois  
309 Federal Building  
100 N.E. Monroe  
Peoria, IL 61602

Please refer to the above referenced case number when submitting the trust fund ledgers. Thank you.

Sincerely,

John M. Waters

Clerk, U.S. District Court

cc: Inmate