UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
OFFICE OF THE CLERK
ROOM 309
FEDERAL BUILDING
100 N.E. MONROE
PEORIA, ILLINOIS 61602

OFFICIAL BUSINESS

David Bivens N94630
WICC
PO Box 2000
Mt. Sterling, IL 62353

FILED
DEC - 2 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

☐ Not Deliverable
☐ Unable To Forward
☐ Insufficient Address
☐ Moved, Left No Address
☐ Unclaimed
☐ Attempted
☐ No Address
☐ Refused

RETURNED TO SENDER



Hasler
016H16502140
Mailed From 61602
11/29/2005
$00.370
US POSTAGE

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### AT PEORIA
### VIDEO WRIT

| CASE NAME: David Bivens v Mesch, et al | CASE NO. 05-1359 | Beginning Date of Hearing: 12/5/05 | Type of Hearing: Merit Review  Length of Hearing: one hour |
|---|---|---|---|

**TO: THE WARDEN OF ILLINOIS RIVER CORRECTIONAL CENTER**

WE COMMAND that you make the following inmate available at a designated Department of Corrections video conference facility to appear in the above proceeding before the HONORABLE Harold A. Baker, UNITED STATES DISTRICT JUDGE sitting at Urbana, Illinois.

### PERSONS TO APPEAR BY VIDEO
### ORDER OF APPEARANCE

| NAME | ID. NO. | LOCATION | DATE TO APPEAR | Time to Appear |
|---|---|---|---|---|
| David Bivens | N94630 | Illinois River Correctional Center | 12/5/05 | 10:30 a.m. |
| Judge Harold A. Baker | | Urbana Federal Courthouse | 12/5/05 | 10:30 a.m. |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Dated:   November 28, 2005

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY: ___s/T. Kelch_____
DEPUTY CLERK

CC: Video Clerk
Faxed to: Warden Western IL Correctional Center, Warden Illinois River Correctional Center,
    Urbana Clerk's Office

**E-FILED**
Monday, 28 November, 2005 04:45:15 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **David Bivens N-94630** ) | **WRIT OF HABEAS CORPUS** | |
| Plaintiff ) | **AD TESTIFICANDUM** | |
| ) | | |
| ) | | |
| vs ) | | |
| ) | **CASE NO. 05-1359** | |
| **Michael P. Mesch, et al** ) | | |
| Defendant ) | | |

**TO: THE WARDEN of** Western Illinois Correctional Center at Mt. Sterling, Illinois.

**WE COMMAND** that you produce the body of **David Bivens**, Register No. **N-94630**, in your custody at Western Illinois Correctional Center before the United States District Court via the video conference site at Illinois River Correctional Center, Canton, Illinois on **December 5, 2005 at 10:30 a.m. (NOTE: All inmates must arrive at the site at least one-half hour prior to the beginning of the hearing and should not be hand-cuffed during testimony)** and from time to time as he may be directed by the Court, in order that said prisoner may then and there respond to and answer such questions as may be asked him in the course of the hearing being conducted. At the termination of said hearing you may return him to the institution.

**WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

DATED: November 28, 2005

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY: _____S/ T. Kelch_____

Deputy Clerk