Case: 1:05cv1359

David Bivens N94630
WICC
PO Box 2000
Mt.Sterling, IL 62353

05-1359
msk

FILED
DEC 1 4 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
OFFICE OF THE CLERK
ROOM 309
FEDERAL BUILDING
100 N.E. MONROE
PEORIA, ILLINOIS 61602
OFFICIAL BUSINESS

RETURNED BY
Western Illinois C.C.

← RTS
no forwarding
address

David Bivens, N94630
Western Illinois C.C.
PO Box 196
Mt. Sterling, IL 62353



Hasler
016H6502140
Mailed From 61602
12/02/2005
$00.370
US POSTAGE

E-FILED
Monday, 28 November, 2005  04:43:19 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# AT PEORIA
## VIDEO WRIT

| CASE NAME: David Bivens v Mesch, et al | CASE NO. 05-1359 | Beginning Date of Hearing: 12/5/05 | Type of Hearing: Merit Review  Length of Hearing: one hour |
|---|---|---|---|

**TO: THE WARDEN OF ILLINOIS RIVER CORRECTIONAL CENTER**

WE COMMAND that you make the following inmate available at a designated Department of Corrections video conference facility to appear in the above proceeding before the HONORABLE Harold A. Baker, UNITED STATES DISTRICT JUDGE sitting at Urbana, Illinois.

### PERSONS TO APPEAR BY VIDEO
### ~~ORDER OF APPEARANCE~~

| NAME | ID. NO. | LOCATION | DATE TO APPEAR | Time to Appear |
|---|---|---|---|---|
| David Bivens | N94630 | Illinois River Correctional Center | 12/5/05 | 10:30 a.m. |
| Judge Harold A. Baker |  | Urbana Federal Courthouse | 12/5/05 | 10:30 a.m. |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Dated:   November 28, 2005

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY: ___s/T. Kelch_____
DEPUTY CLERK

CC: Video Clerk
 Faxed to: Warden Western IL Correctional Center, Warden Illinois River Correctional Center,
           Urbana Clerk's Office

E-FILED
Monday, 28 November, 2005 04:45:15 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| David Bivens N-94630 </br> Plaintiff | ) ) ) ) | **WRIT OF HABEAS CORPUS** </br> **AD TESTIFICANDUM** |
| vs | ) ) | |
| Michael P. Mesch, et al </br> Defendant | ) ) ) | **CASE NO. 05-1359** |

**TO: THE WARDEN** of Western Illinois Correctional Center at Mt. Sterling, Illinois.

 **WE COMMAND** that you produce the body of **David Bivens**, Register No. **N-94630**, in your custody at Western Illinois Correctional Center before the United States District Court via the video conference site at Illinois River Correctional Center, Canton, Illinois on **December 5, 2005 at 10:30 a.m. (NOTE: All inmates must arrive at the site at least one-half hour prior to the beginning of the hearing and should not be hand-cuffed during testimony)** and from time to time as he may be directed by the Court, in order that said prisoner may then and there respond to and answer such questions as may be asked him in the course of the hearing being conducted. At the termination of said hearing you may return him to the institution.

 **WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

 DATED: November 28, 2005

         JOHN M. WATERS, CLERK
         UNITED STATES DISTRICT COURT

         BY: _____S/ T. Kelch_____

          Deputy Clerk

```
MIME-Version:1.0
From:ECF_Returns
To:ECF_Notices
Bcc:Chambers.Baker@ilcd.uscourts.gov,Chambers.Gorman@ilcd.uscourts.gov
Message-Id:<241784>
Subject:Activity in Case 1:05-cv-01359-HAB-JAG Bivens v. Mesch et al "Merit Review O
```

Content-Type: text/html

***NOTE TO PUBLIC ACCESS USERS*** **You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

## U.S. District Court

## Central District of Illinois

Notice of Electronic Filing

The following transaction was received from TK, ilcd entered on 11/18/2005 at 3:57 PM CST and filed on 11/18/2005

**Case Name:**     Bivens v. Mesch et al
**Case Number:**   1:05-cv-1359
**Filer:**
**Document Number:**

**Docket Text:**
MERIT REVIEW ORDER Entered by Judge Harold A. Baker on 11/18/05 : This case is set for merit review. The court is required by 28 U.S.C. Section 1915A to "screen" the plaintiff's complaint, and through such process to identify and dismiss any legally insufficient claim, or the entire action if warranted. A claim is legally insufficient if it "(1) is frivolous, malicious, or fails to state a claim upon which relief may be granted; or (2) seeks monetary relief from a defendant who is immune from such relief." The plaintiff must be prepared to identify each of his claims and defendants during the hearing. The clerk is to notify the plaintiff's place of incarceration and to issue a writ for the plaintiff's participation in the video conference call. Merit Review Hearing set for 12/5/2005 at 10:30 AM by video conference (court to initiate conference) before Judge Harold A. Baker. (TK, ilcd)

The following document(s) are associated with this transaction:

**1:05-cv-1359 Notice will be electronically mailed to:**

**1:05-cv-1359 Notice will be delivered by other means to:**

David Bivens
N94630
WICC
Western Illinois Correctional Center
PO Box 2000
Mt.Sterling, IL 62353