Case: 1:05cv1359



David Bivens N94630
WICC
RR 4 Box 196
Mt.Sterling, IL 62353



**FILED**

DEC 14 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

TO:

RETURNED BY
Western Illinois C.C.
No Forwarding Address



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
OFFICE OF THE CLERK
201 S. VINE ST.
ROOM 218
URBANA, ILLINOIS 61802-3348

OFFICIAL BUSINESS

# Minute Entries

1:05-cv-01359-HAB-JAG Bivens v. Mesch et al

## U.S. District Court

## Central District of Illinois

Notice of Electronic Filing

The following transaction was received from KW, ilcd entered on 12/5/2005 at 11:28 AM CST and filed on 12/5/2005
**Case Name:**     Bivens v. Mesch et al
**Case Number:**   1:05-cv-1359
**Filer:**
**Document Number:**

**Docket Text:**
Minute Entry for proceedings held before Judge Harold A. Baker : Merit Review Hearing held on 12/5/2005. No appearance by the plaintiff. Court called Western IL Correctional Center and spoke to Mark Stevenson, Office Administrator of the Record Dept. Mr. Stevenson imformed the Court that plaintiff has been discharged as of 11/30/2005. Plaintiff is rule to show cause why case should not be dismissed for lack of prosecution within 14 days. Miscellaneous Deadline 12/19/2005 for plaintiff to show cause why this case should not be dismissed. (Court Reporter TJ.) (KW, ilcd)

The following document(s) are associated with this transaction:

**1:05-cv-1359 Notice will be electronically mailed to:**

**1:05-cv-1359 Notice will be delivered by other means to:**

David Bivens
N94630
WICC
Western Illinois Correctional Center
RR 4 Box 196
Mt.Sterling, IL 62353