## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

**DAVID BIVENS,**
        **Plaintiff,**

        vs.        05-1359

**MICHAEL P. MESCH, ET AL.,**
        **Defendants.**

### ORDER

On December 15, 2005, the court held a merit review of the plaintiff's complaint. The plaintiff failed to appear. The court called Western IL Correctional Center and spoke to Mark Stevenson, Office Administrator of the Record Department. Mr. Stevenson informed the court that plaintiff had been discharged as of November 30, 2005. The court ruled the plaintiff to show good cause why his case should not be dismissed for lack of prosecution within fourteen days. The deadline to show good cause was December 19, 2005. The plaintiff has failed to show good cause. Therefore, his lawsuit is dismissed in its entirety for failure to litigate.

**It is therefore ordered:**

1.     **The plaintiff's lawsuit is dismissed in its entirety for failure to litigate. The clerk of the court is directed to terminate this lawsuit in its entirety, forthwith.**

**Enter this 25th day of January 2006.**

        s\Harold A. Baker
        _____
        **HAROLD A. BAKER**
        **UNITED STATES DISTRICT JUDGE**