E-FILED
Wednesday, 25 January, 2006  10:24:49 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**David Bivens**

vs.                                                          Case Number: **05-1359**

**Michael P Mesch, et. al.**

**DECISION BY THE COURT.** This action came before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the case is dismissed for failure to litigate.

ENTER this 25h day of January, 2006.

/s/ John M. Waters
JOHN M. WATERS, CLERK

/s/ K. Burns
_____
BY: DEPUTY CLERK